Conley vs. McGarey.

---

CONLEY, Appellant, vs. McGAREY, Respondent.

*January 19 — February 3, 1891.*

*Conley v. Conley, ante,* p. 665, followed.

APPEAL from the Circuit Court for *Iowa* County.
*W. H. Beebe,* for the appellant.
*Aldro Jenks,* for the respondent.

McLaughlin vs. Marston and another.

Lyon, J. This case is like that of *Conley v. Conley, ante,* p. 665, except it is alleged in the complaint that the demand in writing of said lessee is in the alternate for the payment of rent or the surrender of the premises. The other defects in the complaint in that action exist in the complaint in this action, and are necessarily fatal to the judgment of restitution rendered by the justice; hence this judgment also was properly reversed on *certiorari.*

*By the Court.*— Judgment affirmed.